UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKIE E. PROSSER,

        Plaintiff,

  v.

JORDAN BUIS, et al.,

        Defendants.

C18-1598 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SCHEDULES an in-court status conference for Friday, January 17, 2020, at 9:30 am. If counsel have conflicts on this date, please call the Court at (206) 370-8830 to reschedule the conference.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of January, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1